**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

June 12, 2026

**By ECF**
The Honorable Jennifer H. Rearden
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *Yan v. Almodovar, et al.*, No. 26 Civ. 2654 (JHR)

Dear Judge Rearden:

This Office represents the Government in the above-referenced immigration habeas corpus action. I write respectfully on behalf of the parties to provide the Court with an update since the government's June 5 letter. This week, Petitioner's appeal was accepted by the Board of Immigration Appeals, and so his removal order is no longer final. Thus, the issues in this case remain live. The parties respectfully request additional time to confer further regarding next steps, and request that they be permitted to submit a joint status letter to the Court by Thursday, June 18.

We thank the Court for its consideration of this letter.

Respectfully submitted,

JAY CLAYTON
United States Attorney for the
Southern District of New York

By: */s/ Brandon M. Waterman*
BRANDON M. WATERMAN
Assistant United States Attorney
Telephone: (212) 637-2743
E-mail: brandon.waterman@usdoj.gov

cc: Counsel of Record (via ECF)

Application GRANTED. By **June 18, 2026 at 2:00 p.m.**, the parties shall file a joint status letter proposing next steps.

SO ORDERED.

Jennifer H. Rearden, U.S.D.J.
Dated: June 15, 2026