**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

June 18, 2026

**By ECF**
The Honorable Jennifer H. Rearden
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *Yan v. Almodovar, et al.*, No. 26 Civ. 2654 (JHR)

Dear Judge Rearden:

This Office represents the Government in the above-referenced immigration habeas corpus action. On June 15, the Court directed the parties to file a joint status letter by 2:00 p.m. today, proposing next steps. ECF No. 24. I write respectfully on behalf of the parties to request that the parties be permitted additional time to confer, both with each other, and for Petitioner's counsel to confer with his client. The parties respectfully request that they be permitted to submit a joint status letter to the Court by Wednesday, June 24.

We thank the Court for its consideration of this letter.

Respectfully submitted,

JAY CLAYTON
United States Attorney for the
Southern District of New York

By: */s/ Brandon M. Waterman*
BRANDON M. WATERMAN
Assistant United States Attorney
Telephone: (212) 637-2743
E-mail: brandon.waterman@usdoj.gov

cc: Counsel of Record (via ECF)

Application GRANTED. By **June 24, 2026**, the parties shall file a joint status letter proposing next steps.

SO ORDERED.

Jennifer H. Rearden

Jennifer H. Rearden, U.S.D.J.
Dated: June 18, 2026