**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

July 15, 2026

**By ECF**
The Honorable Jennifer H. Rearden
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *Yan v. Almodovar, et al.*, No. 26 Civ. 2654 (JHR)

Dear Judge Rearden:

This Office represents the Government in the above-referenced immigration habeas corpus action. On July 8, 2026, the Court granted the habeas petition and ordered the government to provide Petitioner with a bond hearing before an immigration judge by July 15, 2026, at which ICE would bear the burden of demonstrating by clear and convincing evidence that Petitioner is either a danger to the community or a flight risk. ECF No. 29. I write respectfully to regretfully inform the Court that the bond hearing did not take place as the Court had ordered. While this Office conveyed the Court's order to our local ICE contacts, who in turn relayed the order to contacts at ICE's New Orleans Field Office to coordinate with the immigration court to have the matter scheduled for a bond hearing (given that Petitioner is currently detained in Louisiana), for unknown reasons, the matter was not scheduled for a bond hearing by today's deadline. On behalf of the government, I apologize for this failure.

The undersigned has conferred with Petitioner's counsel, and we jointly request that the Court enter an order directing ICE to (i) promptly transport Petitioner back to the Southern District of New York, and (ii) upon effectuating his transfer, immediately release him from custody on an order of release on recognizance, without electronic monitoring.

We thank the Court for its consideration of this letter.

Respectfully submitted,

JAY CLAYTON
United States Attorney for the
Southern District of New York

By: */s/ Brandon M. Waterman*
BRANDON M. WATERMAN
Assistant United States Attorney
Telephone: (212) 637-2743
E-mail: brandon.waterman@usdoj.gov

Application GRANTED. Respondents shall (i) immediately transport Petitioner back to the Southern District of New York, and (ii) immediately upon effectuating his transfer, release him from custody on an order of release on recognizance, without electronic monitoring. In addition, Respondents are directed to inform counsel for Petitioner of the time and place of Petitioner's release. Respondents shall also file a letter updating the Court on the status of this matter by **July 17, 2026**. SO ORDERED.

Jennifer H. Rearden
Jennifer H. Rearden, U.S.D.J.
Dated: July 15, 2026

cc: Counsel of Record (via ECF)